| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**McNALLY & BELLINO, LLC**<br>**Stephen McNally, Esquire ID #038471990**<br>**Paige M. Bellino, Esquire ID #019532010**<br>**1814 East Route 70, Suite 350**<br>**Cherry Hill, NJ 08003**<br>**(856) 281-1101**<br>**Counsel for Defendant, Clear Edge Title Inc.**<br>**MB File No.: 11001.00006** | |
| IN RE:<br><br>**MIYA B. BUSH AKA MIYA GOODMAN**<br>Debtors. | Chapter 13<br>CASE NO.: 25-8130<br>HEARING DATE: June 18, 2026<br>JUDGE: EJO<br>AP DOCKET NO.: 26-01183 |
| MIYA B. BUSH A.K.A MIYA GOODMAN<br><br>PLAINTIFF(S)<br>-AGAINST<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC.; AND CLEAR EDGE TITLE, INC.<br><br>DEFENDANT(S). | |

**STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING**

**IT IS** hereby agreed by and between Edward Hanratty, Esquire, of Case, Law Office of Edward Hanratty, attorneys for the Plaintiff, MIYA B. BUSH A.K.A MIYA GOODMAN, and Stephen McNally, Esquire, of McNally & Bellino, LLC, attorneys for Defendant, CLEAR EDGE TITLE, INC., that the time in which to file a responsive pleading to Plaintiff's Adversary Complaint is hereby extended until June 19, 2026.

**LAW OFFICE OF EDWARD HANRATTY**
*Attorneys for Plaintiff, Miya B. Bush a.k.a Miya Goodman*

By: ______________________
Edward Hanratty, Esquire
Dated: 6/1/26

**MCNALLY & BELLINO, LLC**
*Attorneys for Defendant, Clear Edge Title, Inc.*

By: ______________________
Stephen McNally, Esquire
Dated: 5/29/26