**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FRENKEL LAMBERT WEISMAN & GORDON, LLP
53 Gibson Street
Bay Shore, New York 11706
973-325-8800
File No.: 03-023060-B01
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for Secured Creditor-Defendant,
Unlock Partnership Solutions AO1, Inc.

| | |
|---|---|
| In Re:<br><br>MIYA B. BUSH a/k/a MIYA GOODMAN,<br><br>Debtor(s). | Case No.: 25-21830-EJO<br><br>Chapter 11<br><br>Judge Eamonn J. O'Hagan |
| MIYA B. BUSH a/k/a MIYA GOODMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., and CLEAR EDGE TITLE, INC.,<br><br>Defendants. | Adv. Pro. No.: 26-1183-EJO<br><br>*Civil Action*<br><br>Judge Eamonn J. O'Hagan |

**SECURED CREDITOR/DEFENDANT, UNLOCK PARTNERSHIP AOI, INC.'S ANSWER TO DEBTOR'S ADVERSARY COMPLAINT**

Secured Creditor/Defendant, Unlock Partnership Solutions AO1, Inc., improperly pled as Unlock Partnership Solutions AOI, Inc. ("Unlock" or "Defendant"), by and through its undersigned counsel, hereby responds to the Adversary Complaint filed by Debtor/Plaintiff herein, Miya B. Bush, a/k/a Miya Goodman ("Debtor" or "Plaintiff"), and states as follows:

## PRELIMINARY STATEMENT

Preliminarily, this extensive factual section of Debtor's pleading does not comply with the pleading requirements provided by F.R.B.P. 7008 and Fed. R. Civ. P. 8. To the extent this section of Debtor's pleading sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this section contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

## PARTIES

1. After reasonable investigation, Unlock lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and leaves Debtor to her proofs.

2. Denied. The correct entity name of the defendant is "Unlock Partnership Solutions AO1, Inc."

3. After reasonable investigation, Unlock lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and leaves Debtor to her proofs.

4. After reasonable investigation, Unlock lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and leaves Debtor to her proofs.

## JURISDICTION AND VENUE

5. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves.

To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

6. This paragraph sets forth legal conclusions, to which no response is required. The referenced documents/pleadings speak for themselves.

7. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

8. This paragraph sets forth legal conclusions, to which no response is required.

**FACTS**

9. After reasonable investigation, Unlock lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and leaves Debtor to her proofs.

10. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

11. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

12. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves.

To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

13. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

14. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

15. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

16. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

17. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

18. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

19. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

20. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

21. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

22. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

23. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves.

To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

24. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

## **CLAIMS FOR RELIEF**

### **FIRST CLAIM FOR RELIEF**
### **Violation of the New Jersey Consumer Fraud Act (N.J.S.A. 56:8-1, et seq.)**

25. This paragraph is one of inclusion, to which no response is required.

26. This paragraph sets forth legal conclusions, to which no response is required.

27. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

28. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

29. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

30. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

31. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

32. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

33. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

34. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

35. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves.

To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

36. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

37. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

38. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

**WHEREFORE,** Unlock hereby demands judgment in its favor, adjudicating its rights, dismissing Debtor's Adversary Complaint in its entirety with prejudice, and any other and further relief that this court deems equitable and just.

## SECOND CLAIM FOR RELIEF
## New Jersey Home Ownership Security Act of 2002 (N.J.S.A. 46:10B-22, et seq.)

39. This paragraph is one of inclusion, to which no response is required.

40. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

41. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

42. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

43. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

44. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

45. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

46. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves.

To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

**WHEREFORE,** Unlock hereby demands judgment in its favor, adjudicating its rights, dismissing Debtor's Adversary Complaint in its entirety with prejudice, and any other and further relief that this court deems equitable and just.

## THIRD CLAIM FOR RELIEF
## Declaratory Judgment Voiding the Agreement

47. This paragraph is one of inclusion, to which no response is required.

48. This paragraph sets forth legal conclusions, to which no response is required.

49. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

50. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

51. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

52. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves.

To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

53. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

54. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

**WHEREFORE,** Unlock hereby demands judgment in its favor, adjudicating its rights, dismissing Debtor's Adversary Complaint in its entirety with prejudice, and any other and further relief that this court deems equitable and just.

**FOURTH CLAIM FOR RELIEF**
**Quiet Title**

55. This paragraph is one of inclusion, to which no response is required.

56. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

**WHEREFORE,** Unlock hereby demands judgment in its favor, adjudicating its rights, dismissing Debtor's Adversary Complaint in its entirety with prejudice, and any other and further relief that this court deems equitable and just.

**FIFTH CLAIM FOR RELIEF**

**Violation of the New Jersey Truth in Consumer Contract, Warranty, and Notice Act**

57. This paragraph is one of inclusion, to which no response is required.

58. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

59. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

**WHEREFORE,** Unlock hereby demands judgment in its favor, adjudicating its rights, dismissing Debtor's Adversary Complaint in its entirety with prejudice, and any other and further relief that this court deems equitable and just.

**SIXTH CLAIM FOR RELIEF**
**Violation of the New Jersey Plain Language Act**

60. This paragraph is one of inclusion, to which no response is required.

61. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

62. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

63. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

64. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

**WHEREFORE,** Unlock hereby demands judgment in its favor, adjudicating its rights, dismissing Debtor's Adversary Complaint in its entirety with prejudice, and any other and further relief that this court deems equitable and just.

**SEVENTH CLAIM FOR RELIEF**
**Violation of the New Jersey Consumer Finance Licensing Act, N.J.S.A. 17:11C-1, et seq.**

65. This paragraph is one of inclusion, to which no response is required.

66. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

67. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

68. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves.

To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

69. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

70. To the extent this paragraph sets forth a legal conclusion, no response is required. To the extent the allegations refer to documents, the referenced documents speak for themselves. To the extent this paragraph contains allegations of fact and/or liability as to Unlock, Unlock denies the allegations and leaves Debtor to her proofs.

**WHEREFORE,** Unlock hereby demands judgment in its favor, adjudicating its rights, dismissing Debtor's Adversary Complaint in its entirety with prejudice, and any other and further relief that this court deems equitable and just.

## AFFIRMATIVE DEFENSES

1. Debtor's Adversary Complaint fails to state a claim upon which relief can be granted.

2. Debtor's claims are barred, in whole or in part, by the doctrine of unjust enrichment.

3. Debtor's claims are barred due to the lack of subject matter jurisdiction.

4. Debtor's claims are barred due to the lack of personal jurisdiction.

5. Unlock is entitled to refute Debtor's valuation and seeks access to the real property at the subject of this transaction for the purpose of conducting a full appraisal.

6. Unlock has the right to elect the provisions in 11 U.S.C. § 1111.

7. Any harm or injury suffered by Debtor is the result of Debtor's own actions and/or inactions or the actions of third-parties that are not under the control of Unlock.

8. Debtor's claims are barred by the doctrine of waiver.

9. Debtor's claims are barred by the doctrine of estoppel.

10. Debtor's claims are barred by the doctrine of unclean hands.

11. Debtor's claims are barred by the doctrine of laches.

12. Debtor has not sustained damages in this matter.

13. To the extent Debtor may have sustained damages and/or injuries, Debtor failed to mitigate those damages and/or injuries, as required by applicable law.

14. Debtor suffered no ascertainable loss.

15. Debtor has failed to join indispensable parties to this action.

16. Debtor's claims are barred, in whole or in part, by ratification, agreement, acquiescence, or the voluntary choice or consent to the alleged conduct of Unlock, including Debtor's voluntary choice and consent to the terms and conditions of Debtor's agreement with Unlock

17. Debtor has not sustained any actual damages and/or the damages complained of resulted from the acts or omissions of third-parties.

18. At all times relevant hereto, Unlock acted in a reasonable and proper manner.

19. Unlock, at all times relevant hereto, complied with all federal, state and local statutes, regulations and/or ordinances in effect.

20. The alleged causes of action are barred by the applicable statute of limitations.

21. Debtor's claims do not describe Debtor's claims with sufficient particularity to enable Plaintiff to determine what additional defenses it may have; therefore, Unlock hereby

reserves its right to assert additional defenses that may be applicable once the precise nature of Debtor's claims is ascertained through discovery.

22. Debtor's demand for equitable relief is barred or limited because Debtor has an adequate remedy at law and such relief is otherwise unnecessary, unduly burdensome, and inequitable.

23. Debtor's causes of action are barred or limited insofar as they are based on, or insofar as Debtor's losses or injuries were caused by, the acts or omissions of third parties for whom Unlock is not responsible or arise from the requirements or obligations imposed by third parties.

24. To the extent that Debtor has suffered any legally cognizable injuries, damages, or harm, which Unlock denies, Debtor's causes of action are barred or limited because at all relevant times Unlock has operated its business in compliance with applicable laws, regulations and public contracts. Unlock relies on all defenses or other protections arising from the terms of or its compliance with such laws, regulations and public contracts.

**WHEREFORE,** Unlock hereby demands judgment in its favor, adjudicating its rights, dismissing Debtor's Adversary Complaint in its entirety with prejudice, and any other and further relief that this court deems equitable and just.

*/s/ Douglas McDonough*

Douglas McDonough, Esq.
Attorney Bar ID No.: DM0973
Frenkel Lambert Weisman and Gordon, LLP
53 Gibson Street
Bay Shore, New York 11706
(631) 969-3100
Attorneys for Defendant-Creditor, Unlock
Partnership Solutions AO1, Inc.

Dated: June 18, 2026