| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**McNALLY & BELLINO, LLC**<br>**Stephen McNally, Esquire ID #038471990**<br>**Paige M. Bellino, Esquire ID #019532010**<br>**1814 East Route 70, Suite 350**<br>**Cherry Hill, NJ 08003**<br>**(856) 281-1101**<br>***Counsel for Defendant, Clear Edge Title Inc.***<br>**MB File No.: 11001.00006** | |
| IN RE:<br><br>**MIYA B. BUSH AKA MIYA GOODMAN**<br>Debtors. | Chapter 13<br>CASE NO.: 25-20738<br>HEARING DATE: July 23, 2026<br>JUDGE: EJO<br>AP DOCKET NO.: 26-01183 |
| MIYA B. BUSH A.K.A MIYA GOODMAN<br><br>PLAINTIFF(S)<br>-AGAINST<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC.; AND CLEAR EDGE TITLE, INC.<br><br>DEFENDANT(S) | |

**STATEMENT OF CORPORATE OWNERSHIP OF CLEAR EDGE TITLE, INC.**

Pursuant to Fed. R. Bankr. P. 7007.1, Defendant Clear Edge Title, Inc. ("CETI"), provides this corporate disclosure. Clear Edge Title, Inc. is a Florida corporation, Clear Edge Title, Inc. has no

parent corporation, and no publicly held corporation owns 10% or more of Clear Edge Title, Inc.'s stock.

Clear Edge Title, Inc. will supplement or amend this Statement promptly if any event occurs that would require additional disclosure under Fed. R. Bankr. P. 7007.1.

This disclosure is made so that the judges of this Court may evaluate possible disqualification or recusal.

Respectfully submitted,

**McNALLY & BELLINO, LLC**

**Counsel for Responding Defendant, Clear Edge Title Inc.**

Date: June 19, 2026 By: */s/ Paige M. Bellino*
Paige M. Bellino, Esquire