UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**McNALLY & BELLINO, LLC**
**Stephen McNally, Esquire ID #038471990**
**Paige M. Bellino, Esquire ID #019532010**
**1814 East Route 70, Suite 350**
**Cherry Hill, NJ 08003**
**(856) 281-1101**
**Counsel for Defendant, Clear Edge Title Inc.**
**MB File No.: 11001.00006**

IN RE:

**MIYA B. BUSH AKA MIYA GOODMAN**
Debtors.

MIYA B. BUSH A.K.A MIYA GOODMAN

PLAINTIFF(S)
-AGAINST

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC.; AND CLEAR EDGE TITLE, INC.

DEFENDANT(S).

Chapter 13
CASE NO.: 25-8130
HEARING DATE: July 23, 2026
JUDGE: EJO
AP DOCKET NO.: 26-01183

**DISCLOSURES PURSUANT TO RULE 26**

Defendant, Clear Edge Title Inc. ("CETI"), discloses the following in accordance with Federal Rules of Civil Procedure 26:

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:**

Persons who have knowledge of the facts of this case include, but are not limited to, all parties, their agents, servants, or employees, all persons named in answers to interrogatories, depositions, all such persons as continuing discovery may disclose including, but not limited to the following:

1. Michael DeFrancesco is president of CETI and has information from review of documents maintained by CETI in the regular course of its business of the transaction which constitutes the subject matter of this litigation. Mr DeFrancesco also had information relating to CETI practice as a title agent.

2. Plaintiff, Miya Bush a/k/a Miya Goodman has information relating to the subject matter of this litigation. Ms. Bush also has information relating to the tax foreclosure requiring her to acquire funding to pay the taxes on her property located at 10 Ronit Drive, Ewing, NJ (the "Property"). She also has information regarding the October 26, 2023 Performance Mortgage (the "Mortgage") she signed with defendant, Unlock Partnership Solutions AOI Inc ("Unlock") secured by the Property.

3. Defendant, Unlock Partnership Solutions AOI, Inc., has information regarding the recorded Performance Mortgage and the October 26, 2023 Forward Sale and Unlock Exchange Agreement ("Exchange Agreement" or "UEA") and the Unlock Conversion Agreement ("Conversion Agreement" or "UCA") entered into between Unlock and Plaintiff.

Responding party reserves the right to amend this answer as discovery proceeds.

**(B) A copy of, or a description by category and location of all documents, data compilations and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.**

| Category | Location |
|---|---|
| File maintained by CETI relating to the subject transaction | CETI and/or its counsel |
| Property Service Agreement | CETI and/or its counsel |
| | |
| | |
| | |
| | |
| | |

**(C) A computation of any category of damages claimed by the disclosing party, making available for inspections and copying as under Rule 34 of the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

**N/A**

**(D) For inspection and copying under Rule 34 any insurance agreement under which any person carrying an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**N/A**

*/s/ Paige M. Bellino*
Paige M. Bellino, Esquire
PA Attorney ID #019532010

Date: July 1,2026

**MCNALLY & BELLINO, LLC**
1814 East Route 70, Suite 350
Cherry Hill, NJ 08003
(856) 281-1101
pbellino@mb-firm.com
Our File No.: 11001.00006