Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: Miya B Bush
Debtor

Case No.: 25−21830−EJO
Chapter 13

Miya B Bush
Plaintiff

v.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC
Defendant

Adv. Proc. No. 26−01183−EJO

Judge: Eamonn James O'Hagan

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on August 10, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 15
Mediation Order. Morris S Bauer (Mediator) added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/10/2026. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 10, 2026
JAN: mjb

Jeanne Naughton
Clerk