Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: Miya B Bush
Debtor

Case No.: 25−21830−EJO
Chapter 13

Miya B Bush
Plaintiff

v.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC
Defendant

Adv. Proc. No. 26−01183−EJO

Judge: Eamonn James O'Hagan

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on August 10, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 16
Joint Scheduling Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/10/2026. Discovery due by 12/1/2027. Final Pre−Trial Conference date set for 4/18/2028 at 02:00 PM at EJO − Courtroom 2, Trenton. Trial date set for 4/25/2028 at 10:00 AM at EJO − Courtroom 2, Trenton. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 10, 2026
JAN: mjb

Jeanne Naughton
Clerk