UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: (732) 301-4649
ATTORNEY FOR DEBTOR/PLAINTIFF

IN RE :

**MIYA B. BUSH A/K/A MIYA GOODMAN**

MIYA B. BUSH A/K/A MIYA GOODMAN

**PLAINTIFF(S)**

V.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC. and CLEAR EDGE TITLE, INC.

**DEFENDANT(S).**

CASE NO.: 25-21830
AP DOCKET NO.: 26-01183
CHAPTER: 13
JUDGE: EJO
HEARING DATE: SEPTEMBER 02, 2026

# NOTICE OF MOTION REQUESTING RELEASE FROM MEDIATION

The Debtor has filed papers with the Court Requesting Release from Mediation in the above case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: **Wednesday, September 23, 2026**
Hearing Time: **9:00 AM**
Hearing Location: **402 East State Street, Trenton, NJ 08608**
Courtroom Number: **2**

File with the court a written response at:

Clarkson S. Fisher US
Courthouse
402 East State Street
Trenton, NJ 08608

If you mail your response, you must mail is so that the court receives it before the above date.

You must also mail a copy to

Edward Hanratty, Esq.
57 W. Main Street, Suite 2D
Freehold NJ 07728

Trustee:

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650

Secured Creditors:

See Attached Service List

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

Respectfully Submitted,

Dated: August 13, 2026

**/s/ Edward Hanratty**
EDWARD HANRATTY, ESQ.