UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: (732) 301-4649
ATTORNEY FOR DEBTOR/PLAINTIFF

IN RE :

**MIYA B. BUSH A/K/A MIYA GOODMAN**

MIYA B. BUSH A/K/A MIYA GOODMAN

**PLAINTIFF(S)**

V.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC.
and CLEAR EDGE TITLE, INC.

**DEFENDANT(S).**

CASE NO.: 25-21830
AP DOCKET NO.: 26-01183
CHAPTER: 13
JUDGE: EJO

**CERTIFICATION OF DEBTOR IN SUPPORT OF THE MOTION TO BE RELIEVED FROM MEDIATION**

I, Miya B. Bush a/k/a Miya Goodman, am the Debtor/Plaintiff in the above-mentioned matter, and as such am fully familiar with the facts set forth herein. I make this certification in support of the Motion to be Relieved from Mediation:

1. The financial circumstances described in my petition remain unchanged.
2. I am a single woman who supports an 11-year-old child. **(EXHIBIT A: SCHEDULE I)**
3. I have a disposable income of $2,974.52 per month.
4. My confirmed Chapter 13 plan requires me to pay $3,000.00 per month to the trustee. **(EXHIBIT B: CONFIRMATION ORDER)**

5. After paying my necessary expenses and paying the trustee, I have no additional money to pay the costs of mediation.

I hereby certify that the foregoing statements are true. I acknowledge that if they are found to be willfully false, we are subject to punishment.

Respectfully submitted,

Dated: 8/3/24

MIYA B. BUSH A/K/A MIYA GOODMAN