UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: (732) 301-4649
ATTORNEY FOR DEBTOR/PLAINTIFF

IN RE :

**MIYA B. BUSH A/K/A MIYA GOODMAN**

MIYA B. BUSH A/K/A MIYA GOODMAN

**PLAINTIFF(S)**

V.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC. and CLEAR EDGE TITLE, INC.

**DEFENDANT(S).**

CASE NO.: 25-21830
AP DOCKET NO.: 26-01183
CHAPTER: 13
JUDGE: EJO

**CERTIFICATION OF EXHIBITS**

I, Edward Hanratty, Attorney for the Debtor/Plaintiff in the above captioned matter, and as such am fully familiar with the facts set forth herein. Attached hereto are true copies of:

**EXHIBIT A:** Schedule I- Income

**EXHIBIT B:** Confirmation Order

I hereby certify that the foregoing statements made by me are true, I am aware that if they are found to be willfully false, I am subject to punishment.

Respectfully Submitted,

Dated: August 13, 2026

**/s/ Edward Hanratty**
EDWARD HANRATTY, ESQ.