# THE LAW OFFICE OF EDWARD HANRATTY

**Edward Hanratty, Esq.**
**Admitted in NJ, PA, WV**
**www.centralnewjerseybankruptcylawyer.com**

**57 West Main Street, Suite 2D**
**Freehold, NJ 07728**
**Tel:732-866-6655**
**Fax: 732-734-0651**

August 13, 2026

Honorable Eammon J. O'Hagan
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608
**Via: Electronic Court Filing**

In Re: Miya B. Bush a/k/a Miya Goodman
Docket No.: 25-21830
**Re: Miya B. Bush v. Unlock Partnership Solutions AOI, Inc. and Clear Edge Title, Inc.**
AP Docket No.: 26-01183

Your Honor:

This office represents the above mentioned Debtor/Plaintiff, Miya B. Bush a/k/a Miya Goodman. Please accept this letter in lieu of a more formal brief in support of the Debtor's Motion to be Relieved from Mediation of the above matter as mandated by D.N.J. LBR 9019-2.

The debtor is a Plaintiff in an adversary proceeding.

Included in the applicable rule is the caveat that a party may be relieved from the mandate of the rule at (a)(3), in pertinent part:

> (3) A party subject to presumptive mediation may file a motion requesting to be excused from mediation participation or requesting a determination that the mediation should not proceed.

The debtor asserts that she is unable to pay any mediation charges. The financial circumstances described in his petition remain unchanged. She is a single woman who works for the state government and is raising a dependent child. She has no other sources of income. Her plan payments absorb all of her disposable monthly income, leaving nothing to pay for any mediation costs.

Compliance with the mediation requirements is simply impossible for the debtor. Absent the relief requested, the debtor will fail to comply with the rule and be exposed to the sanction of the dismissal of her pleading for failure to comply, and ultimately a determination, by default, her claims are merciless.

That result does not comport with the debtor's right to due process, to a hearing on the merits.

The debtor should be relieved from the obligation to participate in mediation.

Respectfully submitted,

**/s/ Edward Hanratty**
EDWARD HANRATTY ESQ.