UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: (732) 301-4649
ATTORNEY FOR DEBTOR/PLAINTIFF

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: (732) 301-4649

IN RE :

**MIYA B. BUSH A/K/A MIYA GOODMAN**

MIYA B. BUSH A/K/A MIYA GOODMAN

**PLAINTIFF(S)**

V.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC. and CLEAR EDGE TITLE, INC.

**DEFENDANT(S).**

CASE NO.: 25-21830
AP DOCKET NO.: 26-01183
CHAPTER: 13
JUDGE: EJO
HEARING DATE: SEPTEMBER 17, 2026

**ORDER ON MOTION REQUESTING RELEASE FROM MEDIATION**

The relief set forth on the following page is hereby **ORDERED**.

**THIS MATTER** having been opened to the Court by Edward Hanratty, Esq., Attorney for the Debtor/ Plaintiff, Miya B. Bush**,** for an Order Releasing the Plaintiff/Debtor from Mediation, and the Court having considered the papers, and good cause having been shown and for the reasons set forth in the moving paper;

**ORDERED** that the Plaintiff/Debtor Motion Requesting Release from Mediation is **GRANTED;**

**IT IS FURTHER ORDERED** that the Plaintiff/Debtor, Miya B. Bush a/k/a Miya Goodman, is hereby released from Mediation;

**AND IT IS FURTHER ORDERED** that a copy of the within Order be served upon all parties of record within ___7___days of the date of this Order.