# THE LAW OFFICE OF EDWARD HANRATTY

**Edward Hanratty, Esq.**
**Admitted in NJ, PA, WV**
**www.centralnewjerseybankruptcylawyer.com**

**57 West Main Street, Suite 2D**
**Freehold, NJ 07728**
**Tel:732-866-6655**
**Fax: 732-734-0651**

September 14, 2026

Honorable Eammon J. O'Hagan
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608
**Via: Electronic Court Filing**

In Re: Miya B. Bush a/k/a Miya Goodman
Docket No.: 25-21830
**Re: Miya B. Bush v. Unlock Partnership Solutions AOI, Inc. and Clear Edge Title, Inc.**
AP Docket No.: 26-01183

Your Honor:

This office represents the above mentioned Debtor/Plaintiff, Miya B. Bush a/k/a Miya Goodman. Please accept this letter in lieu of a more formal reply brief in response to Unlock Partnership Solutions AOI, Inc. Opposition to the Debtor's Motion to be Relieved from Mediation of the above matter as mandated by D.N.J. LBR 9019-2.

The debtor is willing to participate in mediation if the defendant bears the cost. D.N.J. LBR 9019-2(a)(2) states the exception to the presumption of mediation, not all of the reasons a court can consider in excepting a matter form presumptive mediation. Here, the reason to except the matter from mediation is simple, the debtor cannot afford to pay her share of the costs.

Because the debtor is unable to afford the costs, the court should enter an order either excepting the matter from mediation or ordering meditation and requiring the defendant to pay the associated costs.

Respectfully submitted,

**/s/ Edward Hanratty**
EDWARD HANRATTY ESQ.