UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 17, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Miya B Bush, plaintiff
v.
UNLOCK PARTNERSHIP SOLUTIONS AOI, INC,
Clear edge title Inc.

Case No.: 26-01183

Hearing Date: 9/17/2026

Judge: O'Hagan

Chapter: ADV

Recommended Local Form: ☒ Followed ☐ Modified

**ORDER DENYING MOTION OR**
**APPLICATION FOR THE ENTRY OF AN ORDER**

Motion re: to be excused from mediation

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 17, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

A motion or application having been filed on August 13, 20 26 by Miya B Bush for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*