**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**FRENKEL LAMBERT**
**WEISMAN & GORDON, LLP**
James A. French, Esq. (Atty Id No.: JAF9442)
80 Main Street, Suite 460
West Orange, New Jersey 07052
Phone: (973) 325-6282
Email: JFrench@flwlaw.com
*Attorney for Secured Creditor-Defendant,*
*Unlock Partnership Solutions AO1, Inc.*

| | |
|---|---|
| IN RE:<br><br>MIYA B. BUSH, a/k/a MIYA GOODMAN,<br><br>Debtor. | Chapter 13<br><br>Case No.: 25-21830-EJO |
| MIYA B. BUSH, a/k/a MIYA GOODMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC., and CLEAR EDGE TITLE, INC.,<br><br>Defendants. | Adv. Pro. No.: 26-1183-EJO<br><br>*Civil Action*<br><br>Hearing: September 17, 2026, 10:00 a.m. |

**ORDER DENYING DEBTOR'S MOTION FOR RELEASE FROM MEDIATION**

The relief set forth on the following pages, number two (2) through two (2) shall be and hereby is **ORDERED**.

**THIS MATTER** having been opened to the Court by Plaintiff-Debtor, Miya B. Bush, a/k/a Miya Goodman ("Debtor" or "Plaintiff"), on a Motion for Release from Mandatory Mediation; and on notice to Defendant/Secured Creditor, Unlock Partnership Solutions AO1, Inc. ("Unlock" or "Defendant"); and the Court having reviewed the moving and responding papers and the arguments of the parties; and for good cause shown, it is:

**ORDERED** that Debtor's Motion for Release from Mandatory Mediation shall be and hereby is **DENIED** in its entirety with prejudice; and it is

**FURTHER ORDERED** that the Mediation in this action shall proceed in the normal course and pursuant to this Court's prior August 10, 2026 Order; and it is

**FURTHER ORDERED** that any costs incurred in the court ordered mediation of this matter, shall be paid and split equally by Defendants, Unlock and Clear Edge Title, Inc., and Debtor shall shoulder none of the associated mediation costs.