Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Miya B Bush
Debtor

Case No.: 25−21830−EJO
Chapter 13

Miya B Bush
Plaintiff

v.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC
Defendant

Adv. Proc. No. 26−01183−EJO

Judge: Eamonn James O'Hagan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on September 24, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 19
Order Denying Motion For Release From Mediation (related document:19 Motion re: to be excused from mediation Filed by Miya B Bush.Hearing scheduled for 9/23/2026 at 09:00 AM, EJO − Courtroom 2, Trenton.. (Attachments: # 1 Certification # 2 Certification of exhibits # 3 Exhibit a # 4 Exhibit b # 5 Brief) (Hanratty, Edward) Additional attachment(s) added on 8/14/2026 . filed by Plaintiff Miya B Bush).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/24/2026 (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 24, 2026
JAN: mjb

Jeanne Naughton
Clerk