UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 16, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Miya B Bush
V.
UNLOCK PARTNERSHIP SOLUTIONS AOI, INC ,
Clear edge title Inc.

Case No.: 25-21830

Adv Number: 26-01183

Judge: Eamonn J. O'Hagan

Chapter: 13

**CONSENT ORDER MODIFYING THE AUGUST 10, 2026 MEDIATION ORDER**

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: October 16, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**McNALLY & BELLINO, LLC**<br>**Stephen McNally, Esquire ID #038471990**<br>**Paige M. Bellino, Esquire ID #019532010**<br>**1814 East Route 70, Suite 350**<br>**Cherry Hill, NJ 08003**<br>**(856) 281-1101**<br>**Counsel for Defendant, Clear Edge Title Inc.**<br>**MB File No.: 11001.00006** | |
| IN RE:<br><br>**MIYA B. BUSH AKA MIYA GOODMAN**<br>Debtors. | |
| MIYA B. BUSH A.K.A MIYA GOODMAN<br><br>PLAINTIFF(S)<br>-AGAINST<br><br>UNLOCK PARTNERSHIP SOLUTIONS AOI, INC.; AND CLEAR EDGE TITLE, INC.<br><br>DEFENDANT(S). | Chapter 13<br>CASE NO.: 25-8130<br>JUDGE: EJO<br>AP DOCKET NO.: 26-01183 |

***CONSENT ORDER***

**THIS MATTER** having been opened to the Court by consent of all counsel of record, and good cause appearing;

**ORDERED** as follows:

1. The August 10, 2026 Mediation Order is modified to appoint Adam Greenberg, Esq. of Honig & Greenberg, L.L.C., as mediator.

**IT IS FURTHER ORDERED,** that counsel for Defendant, Clear Edge Title, Inc., shall serve this Consent Order upon all appearing parties within seven (7) days of the date of this Order.

We hereby consent to the form and entry of this Order:

**THE LAW OFFICE OF EDWARD HANRATTY**
Counsel for Plaintiff(s) Miya Bush a.k.a Miya Goodman

By: ____________________
**Edward Hanratty, Esq.**
Dated: 10/18/26

**McNALLY & BELLINO, LLC**
Counsel for Defendant, Clear Edge Title, Inc.
By: ____________________
**Paige M. Bellino, Esq.**
Dated: 10/16/26

**FRENKEL LAMBERT WEISMAN & GORDON, LLP**
Counsel for Defendant, Unlock Partnership Solutions

By: /s/ James French
**James French, Esq.**
Dated:
10/16/2026