Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: Miya B Bush
Debtor

Case No.: 25−21830−EJO
Chapter 13

Miya B Bush
Plaintiff

v.

UNLOCK PARTNERSHIP SOLUTIONS AOI, INC
Defendant

Adv. Proc. No. 26−01183−EJO

Judge: Eamonn James O'Hagan

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on October 16, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 30
Consent Order Modifying The August 10, 2026 Mediation Order. Adam D. Greenberg (Mediator) added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/16/2026. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 16, 2026
JAN: mjb

Jeanne Naughton
Clerk